ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Hal Hays Construction, Inc. | ) | ASBCA Nos. 63141, 63142, 63526 |
| | ) | |
| Under Contract No. N62473-12-D-0258 | ) | |

APPEARANCE FOR THE APPELLANT:    Sean Dowsing, Esq.
  Manning & Kass, Ellrod, Ramirez, Trester
  Costa Mesa, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
  Jerry Kim, Esq.
  Susannah M. Mitchell, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 17, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63141, 63142, 63526, Appeals of Hal Hays Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  March 20, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals